```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


JAMES SANFORD,
                                      NO. CIV. S-05-1829 LKK/DAD
          Plaintiff,

     v.                                       O R D E R

ALOHA RESTAURANTS, INC., dba
MONTEREY BAY CANNERS; and
ONTARIO ASSOCIATES,

          Defendants.
                                  /
```

Pursuant to the parties' request, the initial Status Conference in the above-captioned was continued to January 17, 2006. The parties were reminded of their obligation to file and serve status reports not later than ten days preceding the conference. All counsel have failed to do so.

Accordingly, the court hereby ORDERS that:

1. Counsel for all parties are ordered to SHOW CAUSE within ten (10) days why sanctions in the amount of One Hundred Fifty Dollars ($150.00) should not be imposed for their failure to timely

1

1 | file status reports;
2 |     2.   The Status Conference set for January 17, 2006 is
3 | CONTINUED to February 21, 2006 at 10:30 a.m. in Chambers; and
4 |     3.   The parties shall FILE status reports not later than ten
5 | (10) days preceding the conference.
6 |     IT IS SO ORDERED.
7 |     DATED: January 12, 2006

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2