UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

          Plaintiff,

   v.

ALOHA RESTAURANTS, INC., dba MONTEREY BAY CANNERS; and ONTARIO ASSOCIATES,

          Defendants.
                             /

NO. CIV. S-05-1829 LKK/DAD

O R D E R

On January 12, 2006 the court ordered counsel for both plaintiff and defendants to show cause why sanctions should not be imposed for their failure to timely file status reports. Both parties responded to the order to show cause on January 20, 2006. Good cause being shown, the order to show cause is discharged.

////

////

////

////

1

1  Moreover, because the parties represent that they are in settlement
2  negotiations, the Status Conference currently set for February 22,
3  2006 is hereby CONTINUED to April 10, 2006 at 1:30 p.m.
4      IT IS SO ORDERED.
5      DATED:  January 31, 2006

```
                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```